

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2022

No. 04-22-00279-CV

**IN THE INTEREST OF M.A.B AND B.A.C.**, Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00574
Honorable Raul Perales, Judge Presiding

# O R D E R

This is an accelerated appeal from a final order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2. The appellee's brief was due on August 15, 2022. However, the appellee has filed a motion requesting an extension of time to file the appellee's brief. The motion is GRANTED. The appellee's brief is due on or before **September 6, 2022**.

**Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.**

It is so **ORDERED** on August 17, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT